UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff(s),

      -against-

William Smelin Martinez-Rojas,
a/k/a "William Veras"

                Defendant(s).

25-CR-00274 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2025

MARGARET M. GARNETT, United States District Judge:

      The Arraignment and Initial Pretrial Conference in this matter is scheduled for June 23, 2025, at 1:00 p.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated:  June 17, 2025
          New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge