```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                    Plaintiff(s),

-against-

William Smelin Martinez-Rojas,
a/k/a "William Veras"

                    Defendant(s).

25-CR-00274 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Trial in this case is scheduled for **January 12, 2026 at 9:30 a.m.**

The Government shall provide notice of any expert witnesses it intends to call at trial pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure by no later than **November 14, 2025**. If Defendant intends to call any expert witnesses at trial, it shall provide such notice to the Government by **November 28, 2025**. Any motions to bar or restrict the testimony of a noticed expert under *Daubert* and its progeny must be filed by **December 12, 2025**, with opposition briefing due **December 30, 2025**, and reply due by **January 5, 2026**.

It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **December 12, 2025**. Any opposition to a motion *in limine* or trial memorandum shall be filed by **January 2, 2026**. Replies are not permitted without prior permission of the Court.

Pretrial filings should comport with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Garnett. In accordance with those rule, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise, but the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to GarnettNYSDChambers@nysd.uscourts.gov when they are filed on ECF.

It is further ORDERED that the parties appear for a final pretrial conference on **January 7, 2026**, at **10:00 a.m.** in **Courtroom 906** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.** The parties must

familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Garnett.

Dated: November 3, 2025
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge