```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                  Plaintiff(s),

         -against-

William Smelin Martinez-Rojas,
a/k/a "William Veras"

                  Defendant(s).

25-CR-00274 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Change of Plea hearing in this matter is scheduled for November 18, 2025, at 3:00 p.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: November 12, 2025
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge