

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 12, 2025

**By ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

<span style="color:blue">Request GRANTED. All trial deadlines are adjourned *sine die*. The Clerk of Court is respectfully directed to terminate Dkt. No. 21. SO ORDERED.

Dated: November 13, 2025</span>

Re:    *United States v. William Martinez-Rojas*, 25 Cr. 274 (MMG)

Dear Judge Garnett:

The Government's deadline for providing notice of any expert witnesses it intends to call at trial in this matter is currently November 14, 2025. (Dkt. 19.) On November 11, 2025, defense counsel advised the Court that the defendant intends to plead guilty to the indictment in advance of trial, and the Court scheduled a change of plea hearing for November 18, 2025. (Dkt. 20.) As such, the Government respectfully requests that its deadline to make its expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) be adjourned *sine die*. The defense consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Rebecca Delfiner
Assistant United States Attorney
(212) 637-2427

cc: Marne Lenox, Esq. (by ECF)