# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 10, 2026

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Request GRANTED. Sentencing in this matter is hereby adjourned to Monday, August 31, 2026, at 11:00 a.m. Defense submissions are due by August 17, 2026; the Government's submissions are due by August 24, 2026. The Clerk of Court is respectfully directed to terminate Dkt. No. 28. SO ORDERED.*

RE:   **United States v. William Smelin Martinez-Rojas**    *Dated: April 10, 2026*
      **25 Cr. 274 (MMG)**

Dear Judge Garnett:

I write to respectfully request a four-month adjournment of William Martinez-Rojas's sentencing hearing and a corresponding extension of sentencing submission deadlines in the above-captioned matter. This is Mr. Martinez's second request for a sentencing adjournment. The government opposes this request.

Mr. Martinez's sentencing is currently scheduled for April 28, 2026 at 1:00 p.m. On Monday, February 2, Mr. Martinez underwent knee replacement surgery. *See* Ex. A. He remains on medication and in pain. Since his surgery, Mr. Martinez has engaged in physical therapy and attended follow-up medical appointments. He does not yet have full mobility of his knee. Given Mr. Martinez's current condition, his doctor has advised that he continue receiving physical therapy. Mr. Martinez has a series of doctor's appointments scheduled in the near future, including an orthopedic appointment the morning of his sentencing. *Id.*

Because Mr. Martinez is undocumented, his deportation to the Dominican Republic—where he cannot receive the necessary medical care—is all but certain following his sentencing. Indeed, Mr. Martinez was originally arrested by ICE and held in immigration custody for days before the government decided to prosecute him for illegal reentry; ICE may very well attend Mr. Martinez's sentencing. Regardless of the Court's sentence, pending his removal, Mr. Martinez will likely be subject to detention in an ICE facility now notorious for egregious medical neglect of detainees. *See* Haddy Gassama, *Detained Immigrants Detail Physical Abuse and Inhumane Conditions at Largest Immigration Detention Center in the U.S.*, ACLU (updated Jan. 26, 2026), https://www.aclu.org/news/immigrants-rights/detained-immigrants-detail-physical-abuse-and-inhumane-conditions-at-largest-immigration-detention-center-in-the-u-s.        Sentencing        Mr.

Martinez before his knee has more fully healed risks needlessly exposing him to a physically painful period of detention and deportation, leaving him more vulnerable than he should be.

Accordingly, Mr. Martinez respectfully requests a four-month adjournment of his sentencing to allow his knee to properly heal and mitigate future health risks. The government opposes this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for William Smelin Martinez-Rojas*

cc:     Rebecca Delfiner, Assistant U.S. Attorney